# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-623
LT Case No. 2018-CF-001585-A-X

_____

MALCOLM JAMAL THOMAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., EISNAUGLE, and PRATT, JJ., concur.

*_____*

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

*_____*